1 Page

# SEALED MATTER

CASE NUMBER  05-73823

DEFENDANT NO.  _____

CASE TYPE  ___ CR    _X_ CV    ___ X

___ MW    ___ PO    ___ MJ

DISTRICT JUDGE  **NANCY G. EDMUNDS**

SIGNED BY
JUDICIAL OFFICER  **NANCY G. EDMUNDS**

NEW CASE  _X_ YES    ___ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA



FILED

OCT 0 5 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

N:\_PSG\SEALED_MATTER\Sealed_Matter_Form013105.wpd

REV. 01/31/05