UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS ex rel. KIM MARLOWE PORTER, JAMES MURRAY, and LISSETTE GUY, | CIVIL NO. 05-73823<br><br>HON. NANCY G. EDMUNDS<br><br>MAGISTRATE JUDGE PAUL J. KOMIVES |
| Plaintiffs-Relators, | |
| vs. | |
| VPA, P.C., et al, | |
| Defendants._____/ | |

### JOINT STIPULATION OF DISMISSAL

COMES NOW the United States of America, the Relators, Kim Marlow Porter, James Murray, and Lissette Guy, and Defendant, VPA, P.C. ("VPA"), (together referred to herein as the "Parties"), by and through their respective, undersigned counsel, and respectfully file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), Title 31 U.S.C. §3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement entered into on November 13, 2009 among, *inter alia*, the Parties. The Parties hereby stipulate as follows:

1.  The Parties have executed a written Settlement Agreement, in compromise and settlement of the United States', and the Relators' claims against Defendant VPA for the Covered Conduct as defined in the Settlement Agreement. This Stipulation of Dismissal is consistent with and subject to the terms of the Settlement Agreement.

2.  The Relators agree that the amount and terms of the settlement are fair, adequate and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3.	Accordingly, the United States and the Relators request that, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), all of the claims set forth in the Complaint for the Covered Conduct be dismissed with prejudice as to the United States, and without prejudice as to the State of Texas, and all other claims in the Complaint be dismissed without prejudice as to the United States and the State of Texas.  Further, Relators request that all of the claims set forth in the Complaint be dismissed with prejudice as to the Relators, with the exception of Relators' claim pursuant to 31 U.S.C. § 3730(d) for compensation from VPA for expenses or attorney's fees and costs.[1]

4.	The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

5.	All parties shall bear their own fees, costs, and expenses, except that Relators reserve their right under 31 U.S.C. § 3730(d) to seek compensation from VPA for expenses or

---

[1] The dismissal of claims set forth herein includes claims against the entities and individuals named in the Complaint as follows:  Titan Holdings II LLC, Titan Air LLC, Challenger Plaza LLC, VPA Woundcare P.C., Visiting Physicians Association, VPA Diagnostics, Seniors First Medical Center, A Visiting Physician, Valley Medical Services LLC, Flight 180 LLC, Mitchell Group Holdings LLC, U.S. Medical Management Acquisition LLC, U.S. Medical Management Inc., Senior Care of America LLC, Kurt Mitchell, Mark Mitchell, Robert Sowislo, Jeffrey S. Silverman Esq., Erlinda B. Del Pilar, M.D., Florella S. Itchon, M.D., and Family Nurse Care.

attorney's fees and costs in connection with this action.

                              Respectfully submitted,

**DATED:** December 15, 2009      /s/Susan C. Lynch, with consent  
                                             JOYCE R. BRANDA  
                                             POLLY A. DAMMANN  
                                             SUSAN C. LYNCH  
                                             Attorneys  
                                             Commercial Litigation Branch  
                                             Civil Division  
                                             United States Department of Justice

                                             TERRENCE BERG  
                                             United States Attorney  
                                             Eastern District of Michigan

**DATED:** December 15, 2009      /s/Carolyn Bell Harbin  
                                             CAROLYN BELL HARBIN  
                                             Assistant United States Attorney  
                                             211 W. Fort, Suite 2001  
                                             Detroit, MI  48226  
                                             (313) 226-9114  
                                             Carolyn.Bell-Harbin@usdoj.gov  
                                             P27350

                                             Attorneys for the United States of America

DATED: December 16, 2009             /s/Brian P. Kenney, with consent
                                                               Brian P. Kenney, Esq.
                                                               Eric L. Young, Esq.
                                                               KENNEY EGAN MCCAFFERTY & YOUNG
                                                               3031C Walton Road
                                                               Suite 202
                                                               Plymouth Meeting, PA 19462


DATED: December 21, 2009             /s/Patricia A. Stamler, with consent
                                                             Patricia A. Stamler, Esq.
                                                             HERTZ SCHRAM, PC
                                                             1760 S. Telegraph Rd., Suite 300
                                                             Bloomfield Hills, MI  48302
                                                             (248) 335-5000
                                                             Pstamler@hertzschram.com
                                                             P35905

                                                             Attorneys for the Relators

DATED: December 15, 2009 /s/Max R. Hoffman, Jr., with consent
Max R. Hoffman, Jr., Esq.
BUTZEL LONG
110 West Michigan Avenue, Suite 1100
Lansing, MI  48933
(517) 372-6622
Hoffmanm@butzel.com
P23199

Attorneys for Defendant VPA, PC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS ex rel. KIM MARLOWE PORTER, JAMES MURRAY, and LISSETTE GUY, <br><br> Plaintiffs-Relators, <br><br> vs. <br><br> VPA, P.C., et al, <br><br> Defendants. <br> _____/ | CIVIL NO. 05-73823 <br><br> HON. NANCY G. EDMUNDS <br><br> MAGISTRATE JUDGE PAUL J. KOMIVES |

## **ORDER OF DISMISSAL**

The Court having considered the Stipulation of Dismissal filed by the United States of America, and the Relators, Kim Marlow Porter, James Murray, and Lissette Guy, it is hereby ORDERED that:

1. the Parties having agreed to a settlement of this matter, the Court finds that it is fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B) and (b)(1);

2. all of the claims set forth in the Complaint are dismissed with prejudice as to the Relators, except that Relators may seek compensation from VPA for expenses or attorney's fees and costs in connection with this action, pursuant to 31 U.S.C. § 3730(d);

3. all of the claims in the Complaint for the Covered Conduct are dismissed with prejudice as to the United States, and without prejudice as to the State of Texas, and all other claims in the Complaint are dismissed without prejudice as to the United States and the State of Texas;

2

      4.      the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement;

      5.      all parties shall bear their own fees, costs, and expenses, except that Relators may seek compensation from VPA for expenses or attorney's fees and costs in connection with this action, pursuant to 31 U.S.C. § 3730(d).


                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: December 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2009, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager